```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

| | |
|---|---|
| AMANDA SCOTT, Individually ) <br> and as Representative of the ) <br> Estate of RAY HERNDON CELSOR, ) <br> Deceased, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BOEHRINGER INGELHEIM ) <br> PHARMACEUTICALS, INC., ) <br> *et al.*, ) <br> ) <br> Defendants ) | No. 3:12-0480 <br> Judge Nixon/Brown <br> **Jury Demand** |

### **O R D E R**

The Initial Case Management Conference set for 11:00 a.m. on July 16, 2012, is reset for **July 17, 2012, at 1:00 p.m., Courtroom 783.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge